PROB 12C
ED'AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eddie Marbray | Case Number: 4:08CR00416-01 BRW |
| Name of Sentencing Judicial Officer: | Honorable James M. Moody for Billy Roy Wilson United States District Judge |
| Original Offense: | Possession of an Unregistered Firearm |
| Date of Sentence: | May 18, 2010 |
| Original Sentence: | 38 months Bureau of Prisons, 3 years supervised release, DNA, dug testing, drug treatment, and $100 special penalty assessment |
| | Revocation: August 10, 2012: 5 months Bureau of Prisons, 1 year supervised release, DNA, drug testing, drug treatment, 6 months location monitoring, and $50 special penalty assessment |
| | Modification: March 28, 2013: 6 months location monitoring removed, complete 6 months at the City of Faith residential reentry center |
| Type of Supervision: Supervised Release | Date Supervision Commenced: December 31, 2012 Date Supervision Expires: December 30, 2013 |
| U.S. Probation Officer: Daniel M. Cole | Asst. U.S. Attorney: Julie Peters | Defense Attorney: To be determined |

## PETITIONING THE COURT

☐ To Issue a Warrant
☒ To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1. | Special | **The defendant will complete six months at the City of Faith residential reentry center.** The defendant failed to comply with the rules and regulations of the City of Faith residential reentry center, as evidenced by his termination from said center on June 10, 2013. |

Prob 12C                                                                          -2-
Name of Offender: Eddie Marbray                            Case Number: 4:08CR00416-01 BRW

| | | |
|---|---|---|
| 2. | General | The defendant shall refrain from any unlawful use of a controlled substance. On March 20, 27, and April 23, 2013, the defendant submitted urine specimens which tested and confirmed positive for the use of marijuana. |
| 3. | Special | **Special penalty assessment of $50 is mandatory and is payable to the U.S. Clerk's Office during incarceration. During incarceration, the defendant will pay 50 percent per month of all funds that are available to him. Interest is waived pursuant to 18 U.S.C. 3612.** <br> The defendant has failed to make payments toward his special penalty assessment and has a balance of $50. |
| 4. | General | **The defendant shall not commit another federal, state, or local crime.** <br> On June 28, 2013, the defendant violated these conditions of supervised release as evidenced by his arrest for driving without a license, not wearing a seatbelt, driving on a suspended license, and having an active warrant for failure to appear on traffic fines that were issued prior to his commencement of supervision, as documented by the Marianna, Arkansas, Police Department's arrest report 039713 and Lee County, Arkansas, Sheriff's Department warrant #WR-12-207. <br><br> The case is pending in Case No. TR-17-756 and TR-13-757 in the Marianna, Arkansas, District Court. |

I declare under penalty of perjury that                     The U.S. Attorney's Office submits this
the foregoing is true and correct.                           petition to be filed with Criminal
                                                              Docketing as a motion.


_____                                _____
Daniel M. Cole                                               Julie Peters
U.S. Probation Officer                                       Assistant U.S. Attorney

Executed on    July 23, 2013                                 Executed on

Prob 12C                                                           -3-
Name of Offender: Eddie Marbray                            Case Number: 4:08CR00416-01 BRW

THE COURT ORDERS:

☐ No Action

☐ The Issuance of a Warrant Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only)

☒ The Issuance of a Summons

☐ Other

Considered this __26th__ day of __July__, 20__13__ and made a part of the records in the above case.

_____
Billy Roy Wilson
United States District Judge