AO 245D (Rev. 09/10) Judgment in a Criminal Case for Revocations
Sheet 1

Case 4:08-cr-00416-BRW Document 62 Filed 08/23/13 Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 23 2013

JAMES W. McCORMACK, CLERK
By: _____ C. ___ DEP CLERK

# UNITED STATES DISTRICT COURT
Western District of Arkansas

UNITED STATES OF AMERICA
v.
EDDIE MARBRAY

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:08-CR-00416-01-BRW
USM No. 24772-009

Christophe A. Tarver
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) General & Special of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Use of unlawful controlled substance | 08/07/2013 |
| Special | Failure to pay special penalty assessment | 08/22/2013 |
| General | Commission of a another federal, state, or local crime | 06/28/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6957

Defendant's Year of Birth: 1987

City and State of Defendant's Residence: _____

08/23/2013
Date of Imposition of Judgment

_Bill Wilson_ (signature)
Signature of Judge

BILLY ROY WILSON, U.S. District Judge
Name and Title of Judge

8-23-2013
Date

DEFENDANT: EDDIE MARBRAY
CASE NUMBER: 4:08-CR-00416-01-BRW

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

119 days or no later than December 20, 2013, with no term of supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m.  ☐ p.m.  on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL